417 A.2d 776

Commonwealth v. Hamilton, Appellant.

Submitted September 15, 1978. Edward J. Hughes, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.